PER CURIAM.
The summary judgment below is reversed because the plaintiff-movant did not conclusively obviate the affirmative defense of fraud. See Nagelbush v. United Postal Savings Ass’n, 504 So.2d 782 (Fla. 3d DCA 1987); Holly Hill Acres, Ltd. v. Charter Bank, 314 So.2d 209 (Fla. 2d DCA 1975); see also Aroll v. ITT Commercial Finance Corp., 496 So.2d 1011 (Fla. 3d DCA 1986); O’Neal v. Brady, 476 So.2d 294 (Fla. 3d DCA 1985); Proprietors Ins. v. Siegel, 410 So.2d 993 (Fla. 3d DCA 1982).